No. 6489. LIPSCOMB *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6490. HUNTER *v.* LOCHER ET AL. C. A. 6th Cir. Certiorari denied.

No. 6492. McCLARY *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 6493. WARD *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 6494. GEARING *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6498. VITAL *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 6501. SPRINGLE *v.* ZELKER, CORRECTIONAL SUPER-INTENDENT. C. A. 2d Cir. Certiorari denied.

No. 6503. SELLERS *v.* DIXILYN CORP. C. A. 5th Cir. Certiorari denied.

No. 6504. SALVI *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 6507. DARBY *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 6510. COOKMEYER *v.* LOUISIANA DEPARTMENT OF HIGHWAYS. C. A. 5th Cir. Certiorari denied.

No. 6522. TRACY ET UX. *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 6524. STRONG *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 6537. STEVENSON *v.* MANCUSI, WARDEN. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.